IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 12-07162-ESL |
|---|---|
| JOSE O. SANTOS MORALES | CHAPTER 13 |
| DEBTOR | |

### NOTICE OF FILING OF AMENDED CHAPTER 13 PLAN AND CERTIFICATE OF SERVICE

TO THE HONORABLE COURT:

COMES NOW, **JOSE O. SANTOS MORALES** debtor in the above captioned case, through the undersigned attorney, and very respectfully states and prays:

1. Debtor is hereby submitting an amended Plan dated October 23, 2012, herewith and attached to this motion.

2. This amended Chapter 13 Plan is filed to provide for all future tax refunds to fund the Plan, and to correct the step up payment.

**I CERTIFY** that on this same date a copy of this notice was sent by the Clerk of the Court using CM/ECF systems which will send notifications of such to the Chapter 13 Trustee; and also certify that I have mailed by United States Postal Service copy of this motion to the following non CM/ECF participants, debtor, Jose O. Santos Morales and to all creditors and parties in the above captioned case.

**RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico, this 23rd day of October, 2012.

/s/ *Roberto Figueroa Carrasquillo*
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
ATTORNEY FOR PETITIONER
PO BOX 186
CAGUAS PR 00726
TEL. NO. (787) 744-7699
FAX (787) 746-5294
EMAIL: rfigueroa@rfclawpr.com

**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                          Case No. **3:12-bk-7162**

**SANTOS MORALES, JOSE OSVALDO**            Chapter **13**
Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____      ☑ AMENDED PLAN DATED: **10/23/2012**
☐ PRE ☐ POST-CONFIRMATION            Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ 120.00 x 42 = $ 5,040.00
$ 510.00 x 18 = $ 9,180.00
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ 14,220.00

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:
☐ Sale of Property identified as follows:

☐ Other:

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ 14,220.00

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,861.00**

Signed: **/s/ JOSE OSVALDO SANTOS MORALES**
Debtor

Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **COOP A/C NAGUABI** Cr. **FIRST BANK** Cr. _____
# **1692310000000** # **100738670255606** # _____
$ 3,358.00 $ 1,640.00 $ _____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **CRIM** Cr. _____ Cr. _____
# **xxx-xx-3015** # _____ # _____
$ 3,085.00 $ _____ $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:

5. ☐ Other:

6. ☑ Debtor otherwise maintains regular payments directly to:
**COOP A/C NAGUABI**     **FIRST BANK**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
☐ Paid 100% / ☐ Other: _____
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)
* "Tax refunds will be devoted each year, as periodic payments, to the plan's funding until plan completion. The plan shall be deemed modified by such amount, without the need of further Court order. The debtor(s) shall seek court's authorization prior any use of funds."
Priority: $70.00
Late filed claims filed by creditors will receive no distribution.
"Surrenders collateral": Shares/savings in any Cooperativa/Association/Bank.
Debtor reserves the right to object claims after plan confirmation.

Attorney for Debtor **R. Figueroa Carrasquillo Law Office**      Phone: **(787) 744-7699**

CHAPTER 13 PAYMENT PLAN

SANTOS MORALES, JOSE OSVALDO
REPARTO SANTIAGO
C19
NAGUABO, PR  00718

UNITED COLLECTION BUREAU
5620 SOUTHWYCK BLVD STE 206
TOLEDO, OH  43614-1501

R. Figueroa Carrasquillo
Law Office
PO Box 193677
San Juan, PR  00919-3677

CLARO
PO BOX 70366
SAN JUAN, PR  00936-8366

COOP A/C NAGUABEÑA
PO BOX 69
NAGUABO, PR  00718-0069

CRIM
PO BOX 195387
SAN JUAN, PR  00919-5387

DEPARTAMENTO DE HACIENDA
PO BOX 9024140
SAN JUAN, PR  00902-4140

FIRST BANK
PO BOX 19327
SAN JUAN, PR  00910-1427

GAS CONECTION CORP
PO BOX 12
FAJARDO, PR  00738-1227

LEONARD & ASSOCIATES PSC
PO BOX 366220
SAN JUAN, PR  00936-6220

SEARS
PO BOX 6189
SIOUX FALLS, SD  57117-6189