IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

JOSE OSVALDO SANTOS MORALES

XXX-XX-3015

Debtor(s)

CASE NO. 12-07162 ESL

Chapter 13

FILED & ENTERED ON 01/19/2017

### ORDER AND NOTICE

A hearing is hereby scheduled for 05/03/2017 at 02:00 P.M. at JOSE V TOLEDO FED BLDG & US COURTHOUSE, 300 RECINTO SUR STREET, COURTROOM 2 SECOND FLOOR, SAN JUAN, PR; to consider the following:

1- Debtor's Motion in Compliance with Court's Order (docket #65); and

2- Trustee's Report (docket #66).

The Clerk shall give notice to all parties in interest.

In San Juan, Puerto Rico, this 19th day of January, 2017.

Enrique S. Lamoutte Inclan
U. S. Bankruptcy Judge

C: All Creditors